IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KERRY DAVIS
ADC #160004                                                                    PLAINTIFF

v.                          No. 1:15-cv-103-DPM-BD

NORTH CENTRAL UNIT; WILLIAMS, Warden,
North Central Unit, ADC; JONES, Nurse, North
Central Unit, ADC; ROHDER, Nurse, North
Central Unit, ADC; and TURNER, Recorder,
North Central Unit, ADC                                                        DEFENDANTS

ORDER

Unopposed partial recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Davis's equal protection claim and his claims against the North Central Unit, Williams, and Turner are dismissed without prejudice. An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 December 2015