IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KERRY DAVIS,**
**ADC #160004**                                                                                           **PLAINTIFF**

V.                              CASE NO. 1:15-CV-00103 BD

**NORTH CENTRAL UNIT, et al.**                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 4th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE